IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| TERRANCE MAXWELL, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GENERAL INFORMATION SOLUTIONS ) <br> LLC, ) <br> ) <br> Defendant. ) <br> ) | Case No. 5:17-cv-06060-DGK |

## ORDER OF DISMISSAL

As per the parties Stipulation of Dismissal With Prejudice (Doc. 24), pursuant to Fed. R. Civ. P. 41(a)(1)(ii), this action is dismissed with prejudice with each party to bear his or its own costs.

**IT IS SO ORDERED.**

Date: August 24, 2017

/s/ Greg Kays
GREG KAYS, CHIEF JUDGE
UNITED STATES DISTRICT COURT